# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **12-946M**

2) Defendant's Name: **Terry** (Last) **Keith** (First) — (M.I.)

3) Age: _____

4) Title: **18**  Section(s): **922**

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____  Language: _____

9) Arraignment on complaint held: **X** Yes ___No   Date/Time: **10/16/12**

10) Detention Hearing Held: ___  Bail set at: _____  ROR Entered: ___  POD Entered: ✓

11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: **Celia Cohen**

14) DEFENSE COUNSEL'S NAME: **Gary Villanueva**
    Address: _____
    Bar Code: _____  CJA: ✓  FDNY: ___  RET: ___
    Telephone Number: ( )

15) LOG #: **3:02 - 3:09**   MAG. JUDGE: **Roanne L. Mann**

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE